STATE OF NEW JERSEY v. THEODORE DILLAHUNT.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BOATRIGHT.

June 28, 1983.

Petition for certification denied.

ARTHUR L. TILLMAN v. STANLEY C. VAN NESS.

June 28, 1983.

Petition for certification denied.

WILLIAM T. JULIANO v. LAWRENCE FURMAN.

June 28, 1983.

Petition for certification denied.